UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------X
                                          :
In re LABRANCHE SECURITIES LITIGATION     :
                                          :  03 Civ. 8201 (RWS)
-----------------------------------------:
This document relates to:                 :  SCHEDULING ORDER
                                          :
ALL ACTIONS.                              :
-----------------------------------------X
```

**Sweet, D.J.**

      Lead Plaintiffs' motion for distribution of net settlement fund, dated November 9, 2010, will be heard at noon on Wednesday, December 1, 2010 in courtroom 18C.

      It is so ordered.

**New York, NY**
**November 17, 2010**

                                                  ROBERT W. SWEET
                                                     U.S.D.J.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/10